O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE FRANCOIS,<br><br>Petitioner,<br><br>v.<br><br>JOSEPH M. ARPAIO,<br><br>Respondent. | Case No. SACV 11-1089-AG (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: Aug 30, 2011

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge